UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DONALD RAY LUCAS                                          PLAINTIFF

v.                                            CIVIL ACTION NO. 3:08CV-P301-S

PROBATION AND PAROLE *et al.*                           DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that:

1) the claims of inadequate housing and amenities against the halfway-house Defendants (Larry Pilcher, Ed Rice, Todd, "Tim N Sally," Robert Glenn, and Letha Stewart) and the claims that Defendant Todd and Defendant Parole Officers Actwell and Wall failed to listen to his complaints are time-barred and are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous; and

2) the due process claims of false allegations by Defendants are barred by the *Heck* doctrine and **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final** Order.

This Court further **certifies** that an appeal would be frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: February 22, 2010

                                                           **Charles R. Simpson III, Judge**
                                                           United States District Court

cc:      Plaintiff, *pro se*
         Defendants
4411.005